IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BILL LIETZKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-208-WKW |
| | ) | |
| GREYHOUND LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the court is the complaint (Doc. # 1) filed by *pro se* Plaintiff Bill Lietzke, who is proceeding *in forma pauperis* (Doc. # 8). The three-page complaint—which begins with, "And I looked and beheld a pale horse, YOU, and the name of them that sat upon it was Death, YOU, and Hell followed, YOU"—can be fairly read in its totality as bringing various state and federal claims based on an incident at a Greyhound station in Birmingham, Alabama on April 20, 2018, wherein Lietzke was allegedly assaulted, harassed, and falsely imprisoned, among others things. (Doc. # 1 at 1–3.)

On May 3, 2023, the Magistrate Judge filed a Recommendation (Doc. # 9) to which Lietzke filed an Objection[1] (Doc. # 10). The Magistrate Judge recommended,

---

[1] Plaintiff filed a document, which he inappropriately labeled as an Order. The document is construed as an Objection.

in part, dismissal of the action with prejudice. Based upon a *de novo* review of the record, 28 U.S.C. § 636(b), the court finds that the Objection lacks merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objection (Doc. # 10) is OVERRULED.

(2) The Recommendation (Doc. # 9) is ADOPTED.

(3) This action is DISMISSED with prejudice.

(4) Plaintiff is DECLARED a vexatious litigant.

(5) Plaintiff is PROHIBITED from proceeding *in forma pauperis* in this District against Defendant Greyhound Lines, Inc., for any cause of action arising out of Defendant Greyhound Lines, Inc.'s alleged actions that occurred at the Greyhound bus terminal in Birmingham, Alabama on or about April 20, 2018. Plaintiff is ADVISED that any such case filed against Defendant Greyhound Lines, Inc. shall be subject to summary dismissal with prejudice, and he may be subject to other sanctions.

(6) Any future *in forma pauperis* motions Plaintiff files in this District shall be accompanied by a sworn, notarized affidavit stating whether he has ever filed any lawsuits in any court arising out of the same incident(s), act(s), or occurrences(s) as are implicated in the complaint on which he seeks to proceed *in forma pauperis*. If he has filed any related lawsuits, he must include in his signed, notarized affidavit the name of the court(s) where

each such lawsuit was filed, the case number of the related case(s), and the status of the related litigation. He must also attach to his sworn, notarized affidavit (1) a current copy of the docket sheet for each such case and (2) a copy of each and every complaint that he has filed in any such case. Any such attached copy of a complaint shall bear the dated "filed" stamp of the Clerk of the Court in which it was filed, or it shall bear the mark of the CM/ECF (PACER) system showing that it is a copy of the complaint that is in the official court record. Failure to follow these instructions shall result in denial of the motion to proceed *in forma pauperis* and may result in dismissal of the case with or without prejudice for failure to comply with the court's orders.

Final judgment will be entered separately.

DONE this 7th day of August, 2023.

                                            /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE